IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
EASTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF THE COMPLAINT OF )
(1) OWEN G. ODELL AS OWNER OF THE )
VESSEL, MIRAGE, ARKANSAS )
REGISTRATION NUMBER AR391DFY, HULL ) Case No. 6:09-CV-00233-FHS
IDENTIFICATION NUMBER CDRV0126D989 )
FOR EXONERATION FROM AND/OR )
LIMITATION OF LIABILITY, Petitioner )

## AGREED ORDER OF DISMISSAL

This matter came before the Court on the agreement of the parties for the dismissal of the above-captioned lawsuit, as evidenced by the signatures of their counsel below. The Court having reviewed the agreement of the parties and being fully advised in the premises hereby FINDS AND ORDERS:

1. The stipulation for value and costs and letter of undertaking and bonds posted herein and approved by the Court on June 19, 2009, should be cancelled and the principals and sureties released from any further liability on the same.

2. The lawsuit should be dismissed with prejudice. Each party shall bear his, or its own costs, attorneys' fees and expenses. Because the stipulation of dismissal resolves the remaining claims pending in this lawsuit, this order is a final order.

3. All claims pending in the above-referenced case have been resolved and the case shall be administratively closed by the Clerk of the Court.

IT IS SO ORDERED as of this 16th day of February, 2010.

Frank H. Seay
United States District Judge

*In re: the Complaint of Odell, et al.*
*U.S. District Court for the Eastern District of Oklahoma*

#855600-v1

APPROVED AS TO FORM AND CONTENT:

*/s/ Johnathan D. Horton*
Gordon S. Rather, Jr., Arkansas Bar No. 68054
Bettina E. Brownstein, Arkansas Bar No. 85019
Johnathan D. Horton, OBA No. 19126
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-Mail:  grather@wlj.com
E-Mail:  bbrownstein@wlj.com
E-Mail:  jhorton@wlj.com

-and-

Gregory D. Nellis OBA No. 6609
ATKINSON, HASKINS, NELLIS, BRITTINGHAM,
   GLADD & CARWILE
1500 ParkCentre
525 South Main Street
Tulsa, OK 74103-4524
(918) 582-8877
FAX: (918) 585-8096
E-mail: gnellis@ahn-law.com

Attorneys for Petitioner, Owen G. Odell

*In re: the Complaint of Odell, et al.*
*U.S. District Court for the Eastern District of Oklahoma*
*Case No.* 6:09-CV-00233-FHS
Agreed Order of Dismissal

APPROVED AS TO FORM AND CONTENT:


*/s/ Thomas G. Ferguson, Jr.*
Thomas G. Ferguson , Jr. OBA No. 2878
WALKER FERGUSON & FERGUSON
941 E Britton Rd.
Oklahoma City , OK 73116
(405) 843-8855
FAX: (405) 843-8934
Email: tferg@okc.coxatwork.com
Attorneys for Ralph D. Hodges and
State Farm Fire and Casualty Company
 as Subrogee of Ralph D. Hodges

*(Signed by Petitioner's Attorney with permission of Claimant's Attorney)*

*In re: the Complaint of Odell, et al.*
*U.S. District Court for the Eastern District of Oklahoma*
*Case No.* 6:09-CV-00233-FHS
Agreed Order of Dismissal


*/s/ Michael W. Brewer*
Michael W. Brewer OBA No. 11769
HILTGEN & BREWER P.C.
9400 N. Broadway Ext.
One Benham Place, Suite 800
Oklahoma City, OK 73114-7401
(405) 605-9000
FAX: (405) 605-9010
E-mail: mwbrewer@hiltgenbrewer.com
Attorneys for Harold E. Welch a/k/a Barney Welch

*(Signed by Petitioner's Attorney with permission of Claimant's Attorney)*

#855600-v1

*In re: the Complaint of Odell, et al.*
*U.S. District Court for the Eastern District of Oklahoma*
*Case No.* 6:09-CV-00233-FHS
Agreed Order of Dismissal

*/s/ Michael J. Buchanan*
Michael J. Buchanan OBA No. 21070
RAY LEGO & ASSOCIATES
6060 S. Willow Dr., Suite 100
Greenwood Village, CO 80111
(720) 963-7008
FAX: (720) 963-7097
E-mail: mbuchana@travelers.com

-and-

Bob L. Latham , Jr. OBA No. 15799
Brian L. Carter OBA No. 20647
LATHAM WAGNER STEELE & LEHMAN
1800 S. Baltimore
Spirit Tower, Suite 500
Tulsa, OK 74119
(918) 382-7523
FAX: (918) 382-7541
E-mail: blatham@lswsl.com
E-mail: bcarter@lswsl.com

Attorneys for The Standard Fire Insurance Company

*(Signed by Petitioner's Attorney with permission of Claimant's Attorney)*